UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L HANDS,

        Plaintiff,

  v.

CALIFORNIA CORRECTION CENTER et al,

        Defendant.

Case Number: CV09-04583 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony L. Hands F84878
L-1-145U
P.O. Box 2210
Susanville, CA 96127

Dated: March 15, 2010

        Richard W. Wieking, Clerk

        By: Frank Justiliano, Deputy Clerk